1  Young Bin Yim, CA State Bar No. 232340
   LAW OFFICES OF HARRY J. BINDER
2  AND CHARLES E. BINDER, P.C.
3  485 Madison Avenue, Suite 501
   New York, NY 10022
4  (212)-677-6801
5  Fax (646)-273-2196
   Fedcourt@binderlawfirm.com
6

7              UNITED STATES DISTRICT COURT
               CENTRAL DISTRICT OF CALIFORNIA
8

9  Ricardo Anthony Garcia,              )  2:24-CV-05705-HDV-DFM
                                        )
10        Plaintiff,                     )  PROPOSED ORDER AWARDING
                                         )  ATTORNEY FEES UNDER THE
11                                       )  EQUAL ACCESS TO JUSTICE
          v.                             )  ACT, PURSUANT TO 28 U.S.C.
12                                       )  § 2412(d), AND COSTS, PURSUANT
13 Commissioner of Social Security,      )  TO 28 U.S.C. § 1920
                                         )
14        Defendant.                     )
                                         )
15                                       )
                                         )
16 _____

17

18        Based upon the parties' Stipulation for the Award and Payment of Equal

19 Access to Justice Act (EAJA) Fees and Costs, IT IS ORDERED that Plaintiff shall

20 be awarded attorney fees under the EAJA in the amount of THOUSAND NINE

21 HUNDRED TWENTY TWO DOLLARS AND FIFTY CENTS ($9,922.50), and

22 costs under 28 U.S.C. § 1920, in the amount of FOUR HUNDRED AND FIVE

23 DOLLARS ($405.00), subject to the terms of the above-referenced Stipulation.

24

25

26 Dated: March 12, 2025          _____
                                   Douglas F. McCormick
27                                 United States Magistrate Judge

28